**FIFE M. WHITESIDE, P.C.**
1124 LOCKWOOD AVE.
P. O. BOX 5383
COLUMBUS, GA 31906

Invoice submitted to:
Sandra Clark

February 26, 2014

Invoice #1699

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/23/2013 | Initial conference with client re: Chapter 13 preparation | 1.00<br>175.00/hr | 175.00 |
| 7/25/2013 | Telephone call with Ms. Clark re: she doesn't have a retainer up | 0.20<br>175.00/hr | 35.00 |
| 7/29/2013 | Telephone call with Rick Flowers re: lawyer representing the bank wants to put confirmation hearing on the calendar and the court has asked him to do so | 0.20<br>175.00/hr | 35.00 |
|  | Conference with Ms. Clark re: she has brought another creditor memo but I really cannot talk with her about it now (.2); telephone call with Ms. Clark re: same (.2) | 0.40<br>175.00/hr | 70.00 |
| 8/2/2013 | Telephone call with Mrs. Clark re: further questions concerning her filing | 0.20<br>175.00/hr | 35.00 |
| 9/5/2013 | E-mail to Sandra re: Clark (Certus) | 0.10<br>175.00/hr | 17.50 |
|  | E-mail to Sandra re: Clark (Certus) | 0.10<br>175.00/hr | 17.50 |
|  | E-mail to Sandra re: Clark (Certus) | 0.10<br>175.00/hr | 17.50 |
|  | Review e-mail from client re: FW: Clark (Certus) | 0.10<br>175.00/hr | 17.50 |
|  | Review e-mail from client re: FW: Clark (Certus) | 0.10<br>175.00/hr | 17.50 |
|  | Review e-mail from client re: FW: Clark (Certus) | 0.10<br>175.00/hr | 17.50 |

Sandra Clark                                                                                                                                        Page     2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/5/2013 | Review e-mail from client re: FW: Clark (Certus) | 0.10<br>175.00/hr | 17.50 |
| 9/6/2013 | E-mail to Sandra re: Clark (Certus) | 0.10<br>175.00/hr | 17.50 |
|  | Review e-mail from client re: FW: Clark (Certus) | 0.10<br>175.00/hr | 17.50 |
| 9/9/2013 | Preparation of 1st draft of petition and schedules | 2.00<br>175.00/hr | 350.00 |
| 9/13/2013 | Conference with clients re: sign bankruptcy petition and schedules | 1.00<br>175.00/hr | 175.00 |
|  | Final preparation of petition and schedules | 1.00<br>175.00/hr | 175.00 |
|  | Engagement letter to clients | 0.50<br>175.00/hr | 87.50 |
| 9/18/2013 | E-mail to Sandra re: CertusBank v. Clark, In the Superior Court of Harris County | 0.10<br>175.00/hr | 17.50 |
|  | Review e-mail from client re: FW: CertusBank v. Clark; In the Superior Court of Harris County, State of GA; Civil Action No. (HA) 13-CV-106 - Acknowledgments of Service attached | 0.10<br>175.00/hr | 17.50 |
| 9/27/2013 | Preparation of Chapter 13 Plan (1.0); preparation of Affidavit of Compliance (.5); Letter to Trustee re: Income documents and tax return (.5); letter to clients re: please review schedules (.2) | 2.20<br>175.00/hr | 385.00 |
| 11/6/2013 | E-mail to Amy Richie re: Clark - World Omni Objections | 0.10<br>175.00/hr | 17.50 |
|  | Review e-mail from Philip Rubin re: Clark - Omniplex Objections | 0.10<br>175.00/hr | 17.50 |
|  | Review e-mail from Amy Richie re: Clark - Omniplex Objections | 0.10<br>175.00/hr | 17.50 |
| 11/7/2013 | E-mail to Amy Richie re: Clark - World Omni Objections | 0.10<br>175.00/hr | 17.50 |
|  | Review e-mail from Jimmy Clark re: auto insurance declaration pages | 0.10<br>175.00/hr | 17.50 |
|  | Review e-mail from Amy Richie re: Clark - Omniplex Objections | 0.10<br>175.00/hr | 17.50 |

Sandra Clark                                                                                          Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 11/7/2013 | Review e-mail from Jimmy Clark re: auto insurance declaration pages | 0.10<br>175.00/hr | 17.50 |
| 12/16/2013 | Review e-mail from client re: attachment | 0.10<br>175.00/hr | 17.50 |
| 2/24/2014 | Preparation of 1st Pre-Con Mod to Chapter 13 Plan; preparation of Amended Schedule C; preparation of Objection to CertusBank POC; telephone call with paralegal for CertusBank (2 calls);first review of claims register and prepare annotations | 2.50<br>175.00/hr | 437.50 |
| 2/25/2014 | Letter to Leslie Cohn w/copy to clients; letter to Gary Moore w/copy to clients; review filed copies of pleadings | 1.00<br>175.00/hr | 175.00 |
|  | Review and annotate claims register and claims | 1.00<br>175.00/hr | 175.00 |
| 2/26/2014 | File Review; preparation of fee application | 1.00<br>175.00/hr | 175.00 |
|  | Telephone call with Sandra re: plan modification | 0.50<br>175.00/hr | 87.50 |
|  | **For professional services rendered** | **16.60** | **$2,905.00** |
|  | Additional Charges : |  |  |
| 9/27/2013 | Copying cost - XPress Printing - Chapter 13 Plan |  | 10.37 |
|  | Postage - Chapter 13 Plan |  | 12.42 |
| 2/24/2014 | Copying cost - XPress Printing - Amendment to Sched C, Ntc, COS, Matrix; 1st Pre-Confirmation Modification to Chapter 13 Plan, Ntc, COS, Matrix |  | 34.43 |
|  | Postage - Amendment to Schedule C, Ntc, COS, Matrix; 1st Pre-Confirmation Modification to Chapter 13 Plan, Ntc, COS, Matrix |  | 17.64 |
|  | **Total additional charges** |  | **$74.86** |
|  | **Total amount of this bill** |  | **$2,979.86** |
|  | Accounts receivable transactions |  |  |
| 8/2/2013 | Payment - Thank You No. 1613 |  | ($1,000.00) |
|  | **Total payments and adjustments** |  | **($1,000.00)** |

Sandra Clark                                                                                                  Page     4

                                                                                                         **Amount**

Balance due                                                                                              $1,979.86