# FIFE M. WHITESIDE, P.C.

1124 LOCKWOOD AVE.
P. O. BOX 5383
COLUMBUS, GA 31906

Invoice submitted to:
Sandra Clark

June 30, 2015

Invoice #1764

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 6/20/2014 | Appearance at confirmation hearing | 0.20 175.00/hr | NO CHARGE |
| 7/21/2014 | E-mail to legal assistant re: most current plans and fee detail. | 0.10 175.00/hr | NO CHARGE |
| 7/22/2014 | Preparation for confirmation hearing; appearance on confirmation hearing | 0.50 175.00/hr | NO CHARGE |
| 7/24/2014 | Letter to clients re plan confirmed | 0.30 175.00/hr | 52.50 |
| 8/1/2014 | Draft and file correspondence to Community Bank Trust re: confirmation of plan. | 0.50 175.00/hr | 87.50 |
| 3/9/2015 | Two e-mails from client forwarding documents relative to 4043 Sealy Lane. | 0.20 175.00/hr | 35.00 |
| 3/31/2015 | Review real estate documents from USCCA website to determine ownership of Sealey Road property. | 1.00 175.00/hr | 175.00 |
| 4/16/2015 | Review Motion for Relief from Stay filed by Bayview Loan Servicing; telephone consultation with client re: same.. | 0.50 175.00/hr | 87.50 |
| 5/5/2015 | E-mail from S. Clark re: assisting McCalla Raymer at hearing on 5/20/2015. | 0.10 175.00/hr | 17.50 |
| 5/18/2015 | Further review of documents from USCCA and review documents provided by client; prepare amendment to schedules to affect half-interest in property on Sealey Road and additional non-recourse obligations. | 2.00 175.00/hr | 350.00 |
| 5/19/2015 | E-mail to McCalla Rayer re: hearing and proposed order. | 0.10 175.00/hr | 17.50 |

(706) 320-1215
EXHIBIT "A"

Sandra Clark                                                                                                    Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/19/2015 | E-mail from McCalla Raymer forwarding proposed order. | 0.10<br>175.00/hr | 17.50 |
|  | E-mail to E. Kirk advising Order is good. | 0.10<br>175.00/hr | 17.50 |
| 5/20/2015 | Appearance at motion for relief from stay as it relates to Bayview. | 1.00<br>175.00/hr | 175.00 |
| 5/25/2015 | E-mail to Trustee forwarding proposed amendment as it relates to Gallops property. | 0.10<br>175.00/hr | 17.50 |
|  | E-mail to client forwarding proposed amendment and requesting execution of same. | 0.10<br>175.00/hr | 17.50 |
| 6/23/2015 | Telephone consultation with Ms. Clark re: settlement with Certus. | 0.30<br>175.00/hr | 52.50 |
|  | Review of file to determine if settlement would drop plan payments (.5); telephone consultation with Ms. Clark advising that it will make no difference (.3). | 0.80<br>175.00/hr | 140.00 |

|  | **For professional services rendered** | **8.00** | **$1,260.00** |
|---|---|---|---|
|  | **Previous balance** |  | **$3,327.36** |

Accounts receivable transactions

| 8/11/2014 | Payment from Chap 13 Trustee (Check No. 1158189) - Thank You | ($1,500.00) |
|---|---|---|
| 11/8/2014 | Payment from Chap 13 Trustee (Check No. 1169110) - Thank You | ($100.00) |
| 12/9/2014 | Payment from Chap 13 Trustee - Thank You No. 1172649 | ($1,427.36) |
| 12/9/2014 | Insufficient funds. Payment negated | $1,427.36 |
| 12/9/2014 | Payment from Chap 13 Trustee (Check No. 1172649) - Thank You | ($100.00) |
| 1/14/2015 | Payment from Chapter 13 Trustee (Check No. 1176153) - Thank You | ($100.00) |
| 2/12/2015 | Payment from Chap 13 Trustee (Check No. 1179574) - Thank You | ($100.00) |
| 3/10/2015 | Payment from Chap 13 Trustee (Check No. 1182995) - Thank You | ($100.00) |
| 4/10/2015 | Payment from Chap 13 Trustee (Check No. 1186501) - Thank You | ($100.00) |
| 5/11/2015 | Payment from Chap 13 Trustee (Check No. 1190113) - Thank You | ($100.00) |
| 6/11/2015 | Payment from Chap 13 Trustee (Check No. 1193591) - Thank You | ($100.00) |

|  | **Total payments and adjustments** | **($2,300.00)** |
|---|---|---|
|  | Balance due | $2,287.36 |